HACK v. DADY.

(Supreme Court, Appellate Division, Second Department. October 12, 1909.)

Appeal from Kings County Court.
Action by Henry Hack against Michael J. Dady. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered.
Argued before HIRSCHBERG, P. J., and JENKS, BURR, RICH, and MILLER, JJ.

William. L. Kiefer, for appellant.
Frederick N. Van Zandt, for respondent.

PER CURIAM. Judgment and order of the County Court of Kings county reversed, and new trial ordered, costs to abide the event, on the authority of Julia Hack v. Dady (decided herewith) 118 N. Y. Supp. 906.

HIRSCHBERG, P. J., dissents.